PROB 12C
(6/16)

Report Date: February 15, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Mark Allen Person | Case Number: 0980 2:03CR00217-RMP-1 |
| Address of Offender: Unknown | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 30, 2004

| | | | |
|---|---|---|---|
| Original Offense: | Mailing Threatening Communications, 18 U.S.C. § 876(c) | | |
| Original Sentence: | Prison - 151 months<br>TSR - 96 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(11/16/18) | Prison - 8 months<br>TSR - 60 months | | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | February 8, 2019 |
| Defense Attorney: | Jay McEntire | Date Supervision Expires: | February 7, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**:  Mark Person failed to report as directed on February 12, 2019.  On February 11, 2019, Mr. Person reported to the probation office after his release from the Bureau of Prisons.  Mr. Person spoke to U.S. probation officer Schull.  He was told to report back on February 12, 2019, for his intake with the undersigned officer.  Mr. Person has not reported as directed or called to set up another appointment with the undersigned officer.  Numerous attempts to locate Mr. Person have gone unreturned.  Mr. Person's whereabouts are unknown to the U.S. Probation Office.<br><br>On July 28, 2017, Mark Person signed his judgment for case number 2:03CR00217-RMP-1, indicating he understood all conditions ordered by the Court.  Specifically, Mr. Person was made aware by his U.S. probation officer that he must report as directed. |

Prob12C
**Re: Person, Mark Allen**
**February 15, 2019**
**Page 2**

|   |   |   |
|---|---|---|
| | 2 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: Mark Person failed to report any change in his address since on or about February 11, 2019. On February 11, 2019, Mr. Person reported after his release from the Bureau of Prisons. Mr. Person was told to report back on February 12, 2019, for his intake with the undersigned officer. Mr. Person did not report as directed and has not called to inform the undersigned officer of his whereabouts. The undersigned officer has spoken with his mother regarding Mr. Person's whereabouts. She stated that she had spoken with him and directed him to call the undersigned officer. Mr. Person told her that he would do so immediately. Mr. Person failed to call or leave a voice message with the undersigned officer. Mr. Person's whereabouts are unknown to the U.S. Probation Office.

On July 28, 2017, Mark Person signed his judgment for case number 2:03CR00217-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Person was made aware by his U.S. probation officer that he must report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    2/15/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

2/15/2019
Date