PROB 12C
(6/16)

Report Date: October 29, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark Person                                    Case Number: 0980 2:03CR00217-RMP-1

Address of Offender:                          Spokane, Washington 99217

Name of Sentencing Judicial Officer: The Honorable Fred L. Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 30, 2004

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute More Than 500 Grams of a Mixture of Substance Containing a Detectable Amount of Methamphetamine and More Than 500 Grams of Actual Methamphetamine, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 151 months   Type of Supervision: Supervised Release
TSR - 96 months |
| Revocation Sentence: (11/16/18) | Prison - 8 months
TSR - 60 months |
| Asst. U.S. Attorney: | Earl A. Hicks       Date Supervision Commenced: February 8, 2019 |
| Defense Attorney: | John Barto McEntire, IV    Date Supervision Expires: February 7, 2024 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1     **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mark Person failed to abstain from the use of illegal controlled substances by consuming methamphetamine on or about September 13, and October 9, 16, and 23, 2019.

Mark Person was directed to report on September 19, 2019, after failing to report as directed for urine testing. At that time, Mr. Person admitted to consuming methamphetamine, an illegal controlled substance, on September 13, 2019.

Prob12C
Re: Person, Mark
October 29, 2019
Page 2

Mr. Person reported as directed to Pioneer Human Services for his random urine test on October 9, 2019. He provided a sample that tested as presumptive positive for methamphetamine. Mr. Person denied use and the sample was sent to Alere Laboratory for confirmation. It was returned as positive for methamphetamine on October 18, 2019.

On October 16, 2019, Mr. Person provided a urine sample as directed. The sample tested as presumptive positive for methamphetamine. Mr. Person denied use and the sample was sent to Alere Laboratory for confirmation. It was returned as positive for methamphetamine on October 25, 2019.

Mr. Person reported as directed to Pioneer Human Services for his random urine test on October 23, 2019. He provided a sample that tested as presumptive positive for methamphetamine. Mr. Person denied use and the sample was sent to Alere Laboratory for confirmation.

On April 4, 2019, Mark Person signed his judgment for case number 2:14CR00115-RMP-1 during his initial intake, indicating he understood all conditions ordered by the Court. Specifically, Mr. Person was made aware by his U.S. probation officer that he must not consume controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/29/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer
11/6/2019
Date