PROB 12C
(6/16)

Report Date: June 11, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Mark Person | Case Number: 0980 2:03CR00217-RMP-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 30, 2004

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute More than 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 846 |
| Original Sentence: | Prison - 151 months; TSR - 96 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: (November 16, 2018) | Prison - 8 months TSR - 60 months |
| Revocation Sentence: (September 18, 2020) | Prison - 14 months TSR - 60 months |
| Asst. U.S. Attorney: | Date Supervision Commenced: May 28, 2021 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: May 27, 2026 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4** : You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow reciprocal release of information between the supervising officer and treatment provider. |

Prob12C
Re: Person, Mark
June 11, 2021
Page 2

**Supporting Evidence**: It is alleged that Mark Person violated the terms of his supervised release by failing to schedule a substance abuse evaluation, on or about June 1, 2021, or since.

On May 28, 2021, supervision commenced in this matter. On June 1, 2021, a supervision intake was completed over the phone. As a part of the intake process, his judgment was reviewed with him. Mr. Person indicated an understanding of the conditions imposed by the Court, to include special condition number 4, noted above. He then electronically signed the documents and emailed them back to the undersigned.

At the time of his intake, he was directed to contact Pioneer Human Services (PHS), by the end of the following day to schedule his substance abuse evaluation.

As of this date, Mr. Person has not contacted PHS, therefore, he has failed to schedule a substance abuse evaluation as directed.

2  **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence** It is alleged that Mark Person violated the terms of his supervised release by failing to appear for random urinalysis testing on about June 3, 2021.

On May 28, 2021, supervision commenced in this matter. On June 1, 2021, a supervision intake was completed over the phone. As a part of the intake process, his judgment was reviewed with him. Mr. Person indicated an understanding of the conditions imposed by the Court, to include special condition number 5, noted above. He then electronically signed the documents and emailed them back to the undersigned.

At the time of his intake, he was assigned a color for testing (Brown) and he was directed to contact PHS daily effective June 2, 2021, to determine if drug testing was required each day.

On June 3, 2021, Mr. Person failed to appear for a random urinalysis test at PHS.

3  **Special Condition # 1**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence** It is alleged that Mark Person violated the terms of his supervised release by failing to attend a mental health appointment on or about June 10, 2021.

**Prob12C**
**Re: Person, Mark**
**June 11, 2021**
**Page 3**

On May 28, 2021, supervision commenced in this matter. On June 1, 2021, a supervision intake was completed over the phone. As a part of the intake process, his judgment was reviewed with him. Mr. Person indicated an understanding of the conditions imposed by the Court, to include special condition number 1, noted above. He then electronically signed the documents and emailed them back to the undersigned.

At the time of his intake, he was directed to contact the mental health provider to schedule an assessment.

On June 10, 2021, the undersigned was notified by the mental health provider that Mr. Person failed to appear for his evaluation that morning. The provider made attempts to contact him to reschedule, however, was unable to reach Mr. Person.

4  **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about ow and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence** It is alleged that Mark Person violated the terms of his supervised release by failing to report to the probation officer on or about June 7, 2021, or since.

On May 28, 2021, supervision commenced in this matter. On June 1, 2021, a supervision intake was completed over the phone. As a part of the intake process, his judgment was reviewed with him. Mr. Person indicated an understanding of the conditions imposed by the Court, to include standard condition number 2, noted above. He then electronically signed the documents and emailed them back to the undersigned.

At the time of his intake, he was directed to contact the undersigned each week by phone to check in and provide a status update. Mr. Person sent a text message the morning of June 2, 2021, to report he was getting things set up for himself and making several phone calls needed for various appointments. He advised he would keep the undersigned updated with his progress. There has been no contact with Mr. Person since.

Mr. Person's whereabouts are currently unknown. On June 9, 2021, the undersigned attempted to contact Mr. Person at his residence and was informed he is only at the home every couple of days. It was reported he stays "out in the country" with a friend, where he lacks cellular service. There have been many attempts to reach him by phone. The undersigned has left multiple voice mails and text messages, however, both have received no response.

Prob12C
Re: Person, Mark
June 11, 2021
Page 4

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/11/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

6/11/2021

Date