PROB 12C  
(6/16)

Report Date: June 13, 2022

# United States District Court

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

for the

**Jun 13, 2022**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark Person                    Case Number: 0980 2:03CR00217-RMP-1

Address of Offender: ▉▉▉▉▉▉▉▉ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U. S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: November 30, 2004

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and More Than 500 Grams of Actual Methamphetamine, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 151 months          Type of Supervision: Supervised Release
TSR - 96 months |
| Revocation Sentence: (November 16, 2018) | Prison: 8 months
TSR - 60 months |
| Revocation Sentence: (September 18, 2020) | Prison: 14 months
TSR - 60 months |
| Revocation Sentence: (July 27, 2021) | Prison: 8 months
TSR - 60 months |
| Asst. U.S. Attorney: | Earl Allan Hicks          Date Supervision Commenced: February 11, 2022 |
| Defense Attorney: | Federal Defender's Office   Date Supervision Expires: February 10, 2027 |

## PETITIONING THE COURT

To issue a **warrant**.

On February 14, 2022, a supervision intake was completed. Mr. Person acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Prob12C**
**Re: Person, Mark**
**June 13, 2022**
**Page 2**

|   |   |
|---|---|
|   | **Supporting Evidence**:  It is alleged that Mark Person violated the terms of his supervised release by failing to attend substance abuse treatment since approximately June 7, 2022. |

On June 3, 2022, Mr. Person successfully completed inpatient treatment with Spokane Addiction Recovery Centers (SPARC).  While engaged in inpatient services, SPARC staff coordinated the offender's intensive outpatient treatment services (IOP).  He was scheduled to begin IOP on June 7, 2022.

On June 10, 2022, telephone contact was made with his counselor for IOP at SPARC.  They advised, since discharging from inpatient treatment, Mr. Person has not engaged in IOP, which he was enrolled to begin classes 5 days per week starting June 7, 2022.

2   **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  It is alleged that Mark Person violated the terms of his supervised release by failing to appear for random drug testing on or about June 7 and 8, 2022.

On June 3, 2022, Mr. Person successfully completed inpatient treatment with Spokane Addiction Recovery Centers (SPARC).  He was advised to resume random drug testing in which he is required to call the testing line daily to determine if he would be required to appear that same day for testing.

On both June 7 and June 8, 2022, Mr. Person failed to appear for drug testing.

It should also be noted, on the morning of June 8, 2022, the offender left the undersigned a voice message advising he was aware he missed a drug test the day prior and he intended on drug testing on June 8, 2022.

3   **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  It is alleged that Mark Person violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about June 5 and 9, 2022.

On June 10, 2022, Mr. Person reported to the United States Probation Office and admitted to consuming methamphetamine on multiple occasions from June 5 to 9, 2022.  He then signed a drug use admission form.

4   **Standard Condition #5**: You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer in advance in not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Prob12C
Re: Person, Mark
June 13, 2022
Page 3

**Supporting Evidence**: It is alleged that Mark Person violated the terms of his supervised release by failing to report a change in residence, on or about June 11, 2022.

On June 10, 2022, Mr. Person reported to the United States Probation Office. During this contact Mr. Person worked with a probation officer to enroll in services with Adult and Teen Challenge, a year long residential program located in Airway Heights, Washington.

Mr. Person was accepted into the Adult and Teen Challenge program and efforts were made to have him enter the program that same day. Mr. Person advised he could not be ready that same day and made arrangements to get a ride to Adult and Teen Challenge on June 11, 2022, at 1 p.m.

On June 13, 2022, contact was made with Adult and Teen Challenge. It was reported that Mr. Person did not enter their program as scheduled and efforts were made to try reaching him, but were unsuccessful.

Contact was then made with his roommate, who is also his landlord. She reported that Mr. Person did not want to go to Adult and Teen Challenge because he did not want to sleep next to a person who snores. She further advised that she told him that he can no longer live in her home due to his methamphetamine use. He last stayed at her residence on or about June 10, 2022.

On June 13, 2022, efforts were made to reach Mr. Person by phone, via voice mail and text messages, however, he has not responded.

Mr. Person's whereabouts is currently unknown

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/13/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

6/13/2022
_____
Date